# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHIQIU CHEN and CHANGREN ZOU, on
behalf of themselves and others similarly situated,
Plaintiffs,

-against-

H.B. RESTAURANT GROUP, INC. d/b/a
Hunan Balcony, SG 98 RESTAURANT
GROUP, INC. d/b/a A New Saigon, J & K
RESTAURANT GROUP, INC. d/b/a Szechuan
Gourmet d/b/a Szechuan Garden, JOHN DOE
CORPORATION, INC. d/b/a Szechuan Garden,
JENNY SHUCHEN WU, and ZUN BI CHEN,
Defendants.

-----------------------------------------------------------X



16 **CIVIL** 2005 (RWL)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 9, 2020, Plaintiffs have not met their burden of proof to establish liability against Defendants. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
January 10, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *KMargo*

**Deputy Clerk**